JAMES F. GAGIN, Respondent, *v.* EDWARD LOCKMAN, Appellant.

(Submitted April 13, 1931; decided May 12, 1931.)

*Hyman J. Reit* for appellant.

*Charles S. Rosenschein* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.